ORIGINAL

FILED

06/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0101

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0101

FILED

JUN 16 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

GARY LUTMAN,

　　Plaintiff and Appellee,

v.

CRAIG AMES, KAREN AMES, and DOES 1-10,

　　Defendants and Appellants.

ORDER

Appellants Craig and Karen Ames (Ames) filed a petition for rehearing of this Court's May 5, 2020 Opinion affirming the District Court's denial of Ames's motions for summary judgment and mistrial, and its handling of the punitive damages phase of trial. *Lutman v. Ames*, 2020 MT 117N.

Ames requests this Court grant its petition for rehearing because our recent decision in *Kucera v. City of Billings*, 2020 MT 34, provides "that a litigant cannot make a claim that was not disclosed in a bankruptcy action based on judicial estoppel." Ames did not raise the issue of bankruptcy disclosures in their original briefing to this Court. However, they argue that *Renville v. Frederickson*, 2004 MT 324, permits this Court to grant a petition for rehearing despite a petitioner's failure to first raise the issue on appeal, where addressing the issue raised in the petition would provide clarity and uniformity of case law.

Under M. R. App. P. 20, this Court seldom grants petitions for rehearing. The rule makes clear that this Court will entertain a petition for rehearing on very limited grounds. This Court will consider a petition for rehearing only if the opinion "overlooked some fact material to the decision," if the opinion overlooked a question that would have decided the case, or if the "decision conflicts with a statute or controlling decision not addressed" by the Court. M. R. App. P. 20.

Having fully considered Ames's petition, the Court concludes that rehearing is not warranted under M. R. App. P. 20. The issue raised for the first time in the petition does not present a situation in which clarity and uniformity of law is needed. The Court did not overlook material facts or issues raised by the parties or fail to address a controlling statute or decision that conflicts with the Opinion.

IT IS THEREFORE ORDERED that the petition for rehearing is DENIED.

The Clerk is directed to provide copies of this Order to all parties and counsel of record.

Dated this 16th day of June, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2